LUDWIG VOGELSTEIN et al., Copartners under the Firm Name of L. VOGELSTEIN & Co., Appellants, *v.* POPE METALS COMPANY, Respondent.

*Vogelstein* v. *Pope Metals Co.*, 177 App. Div. 884, affirmed.

(Argued February 5, 1919; decided February 25, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 9, 1917, affirming a judgment in favor of defendant entered upon a verdict directed by the court. Plaintiff's assignor agreed to sell to defendant certain tin to be delivered. Defendant thereafter having failed to provide certain margins demanded by plaintiff's assignor, the latter sold the tin which defendant had agreed to purchase under the rules of the New York Metal Exchange. This action was brought to recover the resulting deficiency in price.

*Alfred G. Reeves* and *William P. Dalton* for appellants.

*Harry Edwards* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.